No. 1419, Misc.   BEY v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1531, Misc.   TRIGG v. UNITED STATES.   C. A. 7th Cir.   Motion for leave to amend petition granted.   Certiorari denied.   *John J. Cleary* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1111.   JEHOVAH'S WITNESSES IN THE STATE OF WASHINGTON ET AL. v. KING COUNTY HOSPITAL UNIT No. 1 (HARBORVIEW) ET AL., 390 U. S. 598;

No. 1199, Misc.   MALDONADO v. BOARD OF VETERANS APPEALS, 390 U. S. 1032; and

No. 1310, Misc.   SCHLETTE v. CALIFORNIA ADULT AUTHORITY ET AL., 390 U. S. 1044.   Petitions for rehearing denied.

No. 73.   IN RE RUFFALO, 390 U. S. 544.   Petition for rehearing denied.   MR. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 630.   UNITED STATES ET AL. v. COLEMAN ET AL., 390 U. S. 599.   Petition for rehearing denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 948.   HIGGINSON v. UNITED STATES, 390 U. S. 947. Motion for leave to file petition for rehearing denied.